# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| CARL DARRELL HARRIS, a minor child, by CAROLYN HARRIS as "next friend" and mother, and CAROLYN HARRIS individually, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:06-0868 |
| ) | Judge Trauger |
| v. ) ) | |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE, DAVIDSON COUNTY, NASHVILLE POLICE OFFICER MATTHEW VALIQUETTE, NASHVILLE POLICE OFFICER CHRISTOPHER HENDRY, and NASHVILLE POLICE LIEUTENANT LEANDER DUPIE, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motions for Summary Judgment (Docket Nos. 19; 22) are **GRANTED** in part and **DENIED** in part. The plaintiffs' *Monnell* claims against the Metropolitan Government of Nashville (Counts Two, Three and Four), the plaintiffs' negligence claim against the Metropolitan Government of Nashville (Count Five), the plaintiffs' outrageous conduct claim against the defendant police officers (Count Seven), and the claim for malicious prosecution as against Officer Hendry and Lt. Dupie are hereby **DISMISSED**. The remaining claims will move forward to trial.

It is so ordered.

Enter this 18th day of December 2007.

_____
ALETA A. TRAUGER
United States District Judge